# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Brian David Walker | **Repayment Agreement and Order** | No: 5:13-CR-00059-001 |

On February 19, 2014, Brian David Walker was sentenced to 140 months imprisonment followed by life on supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Walker. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on February 19, 2014, I have been ordered to pay a total restitution of $8,000.00 and a special assessment of $100.00.

2. On May 19, 2023, I began service of my supervised release in the Northern District of Georgia. The mandatory assessment was satisfied on April 11, 2016. The current balance of my restitution is $5,059.78.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of May 2024, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $25.00 per month during the term of supervision.

_____  _____
Brian David Walker          Date 4/19/24

_____  _____
S. Michelle Robinson, Senior U.S. Probation Officer    Date 4/19/2024

_____  _____
Assistant U.S. Attorney     Date 04/24/2024

**THE COURT ORDERS:**

☒ Approval  ☐ Disapproval

_____
Marc T. Treadwell
Chief U.S. District Judge

Date April 25, 2024